# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LEXICON, INC. D/B/A PROSPECT STEEL CO.**                              **PLAINTIFF**

**v.**                            **CASE NO. 4:11-CV-0190 BSM**

**HEMPEL (USA), INC.**                                                  **DEFENDANT**

## ORDER

The parties move [Doc. No. 2] to dismiss this case, stating that they have entered into a full and final settlement agreement governing all claims and all parties in this matter. The motion to dismiss is GRANTED, and all claims are dismissed with prejudice.

IT IS SO ORDERED THIS 6th day of June 2011.

_____
UNITED STATES DISTRICT JUDGE