IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LEXICON, INC. D/B/A PROSPECT STEEL CO.**             **PLAINTIFF**

v.             **CASE NO. 4:11-CV-0190 BSM**

**HEMPEL (USA), INC.**             **DEFENDANT**

## JUDGMENT

Consistent with the order entered this date, this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 6th day of June 2011.

_____
UNITED STATES DISTRICT JUDGE